UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
THE UNITED STATES OF AMERICA, for the use and
benefit of INFRA-METALS CO.,

Case No.: 1:24-CV-06933

Plaintiff,

-against-

**ANSWER WITH
CROSS-CLAIM**

CORNERSTONE CONTRACTING, INC., INNOVATIVE
SUPPORT SOLUTIONS, INC., FEINSTEIN IRON
WORKS, INC., WESTERN SURETY COMPANY and
JOHN DOE, defendant being unknown to Plaintiff and
having issued a Miller Act Payment Bond Relative to the
Project at issue in the Complaint,

Defendants.
-----------------------------------------------------------------------X

Defendant, FEINSTEIN IRON WORKS, INC., through its attorneys, RICHARD A.

KRASLOW, P.C., as and for its Answer to Plaintiff's Complaint, sets forth and alleges, upon

information and belief, as follows:

1.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph

"1" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations

of fact, to which no response is required.

2.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph

"2" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations

of fact, to which no response is required.

3.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or

information sufficient to form a belief as to the truth of the allegations contained in paragraph "3" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

4.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "4" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

5.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "6" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

6.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "7" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

7.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "8" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

8.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "9" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

9.      Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "10" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

### ANSWERING PLAINTIFF'S FIRST CAUSE OF ACTION

10.     Defendant, FEINSTEIN IRON WORKS, INC., repeats and realleges each and every allegation contained in paragraphs "1" through "9" as if same were more fully set forth herein.

11.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "11" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

12.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "12" of Plaintiff's Complaint.

13.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "13" of Plaintiff's Complaint.

14.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "14" of Plaintiff's Complaint.

15.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "15" of Plaintiff's Complaint.

16.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation

contained in paragraph "16" of Plaintiff's Complaint.

17.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "17" of Plaintiff's Complaint.

18.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "18" of Plaintiff's Complaint.

<u>**ANSWERING PLAINTIFF'S SECOND CAUSE OF ACTION**</u>

19.     Defendant, FEINSTEIN IRON WORKS, INC., repeats and realleges each and every allegation contained in paragraphs "1" through "18" as if same were more fully set forth herein.

20.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "20" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

21.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "21" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

22.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "22" of Plaintiff's Complaint.

23.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "23" of Plaintiff's Complaint.

24.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "24" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

25.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "25" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

26.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "26" of Plaintiff's Complaint, except to the extent it contains conclusions of law, not allegations of fact, to which no response is required.

**ANSWERING PLAINTIFF'S THIRD CAUSE OF ACTION**

27.     Defendant, FEINSTEIN IRON WORKS, INC., repeats and realleges each and every allegation contained in paragraphs "1" through "26" as if same were more fully set forth herein.

28.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "28" of Plaintiff's Complaint.

29.     Defendant, FEINSTEIN IRON WORKS, INC., denies knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph "29" of Plaintiff's Complaint.

30.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation

contained in paragraph "30" of Plaintiff's Complaint.

31.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "31" of Plaintiff's Complaint.

32.     Defendant, FEINSTEIN IRON WORKS, INC., denies each and every allegation contained in paragraph "32" of Plaintiff's Complaint.

**AS AND FOR DEFENDANT'S FIRST AFFIRMATIVE DEFENSE**

33.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's claims are barred due to failure to state a recognizable cause of action.

**AS AND FOR DEFENDANT'S SECOND AFFIRMATIVE DEFENSE**

34.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred as a result of failure of conditions precedent.  As such, Plaintiff's claims fail as a matter of law.

**AS AND FOR DEFENDANT'S THIRD AFFIRMATIVE DEFENSE**

35.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred as a result of unclean hands of Plaintiff.

**AS AND FOR DEFENDANT'S FOURTH AFFIRMATIVE DEFENSE**

36.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred as a result of bad faith perpetrated by Plaintiff.

**AS AND FOR DEFENDANT'S FIFTH AFFIRMATIVE DEFENSE**

37.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims for breach of contract fail in that Plaintiff fails to allege (i) the formation of a contract between Plaintiff and Defendant, (ii) performance by Plaintiff, (iii) Defendant's failure to perform, and/or (iv) resulting damage.

## AS AND FOR DEFENDANT'S SIXTH AFFIRMATIVE DEFENSE

38.     Defendant, FEINSTEIN IRON WORKS, INC., state that Plaintiff's causes of action and claims for breach of contract are barred by payment.

## AS AND FOR DEFENDANT'S SEVENTH AFFIRMATIVE DEFENSE

39.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by Plaintiff's prior breach of the Materials Contract.

## AS AND FOR DEFENDANT'S EIGHTH AFFIRMATIVE DEFENSE

40.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by Plaintiff's repudiation of its obligations under the Materials Contract.

## AS AND FOR DEFENDANT'S NINTH AFFIRMATIVE DEFENSE

41.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by the statute of frauds.

## AS AND FOR DEFENDANT'S TENTH AFFIRMATIVE DEFENSE

42.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by the doctrine of accord and satisfaction.

## AS AND FOR DEFENDANT'S ELEVENTH AFFIRMATIVE DEFENSE

43.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by the doctrine of release.

## AS AND FOR DEFENDANT'S TWELFTH AFFIRMATIVE DEFENSE

44.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of action and claims are barred by failure of consideration.

## AS AND FOR DEFENDANT'S THIRTEENTH AFFIRMATIVE DEFENSE

45.     Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of

action and claims are barred in that Plaintiff failed to comply with its obligations under the

Materials Contract, as a predicate to the assertion of any claim(s) for compensation.

**AS AND FOR DEFENDANT'S FOURTEENTH AFFIRMATIVE DEFENSE**

46.    Defendant, FEINSTEIN IRON WORKS, INC., states that Plaintiff's causes of

action and claims are barred in that the materials furnished by Plaintiff were defective and/or

otherwise nonconforming.

**DEFENSES RESERVED**

47.    Defendant, FEINSTEIN IRON WORKS, INC., gives notice that it intends to

rely upon any other defenses that may become available and/or apparent during the course of

discovery in this matter, and hereby reserves its right to amend its reply and to assert any such

other defense.  Defendant, FEINSTEIN IRON WORKS, INC., also reserve their right to assert

any other related defenses which may become available and/or apparent in the event of a judicial

determination that this action, or any part thereof, is governed by the substantive laws of a state

other than the State of New York.

**AS AND FOR DEFENDANT'S FIRST CROSS-CLAIM**
**CORNERSTONE CONTRACTING, INC.**

48.    Defendant, FEINSTEIN IRON WORKS, INC., repeats and realleges each and

every allegation contained in paragraphs "1" through "47" as if same were more fully set forth

herein.

49.    In the event that it be determined that Defendant, FEINSTEIN IRON WORKS,

INC., is liable to Plaintiff, either in whole or in part, then, in that event, Defendant, FEINSTEIN

IRON WORKS, INC., demands indemnification and contribution for any such sums from

Defendant, CORNERSTONE CONTRACTING, INC.

WHEREFORE, Defendant, FEINSTEIN IRON WORKS, INC., demands judgment

dismissing Plaintiff's Complaint in its entirety, and granting Defendant, FEINSTEIN IRON

WORKS, INC., such other and further relief as the Court may deem just and proper.

Dated: Melville, New York
       October 24, 2024

                                    Yours, etc.

                                    RICHARD A. KRASLOW, P.C.

                                    /s/Richard A. Kraslow
                                    By:  Richard A. Kraslow, Esq.
                                    Attorneys for Defendant
                                    FEINSTEIN IRON WORKS, INC.
                                    425 Broad Hollow Road, Suite 206
                                    Melville, New York 11747
                                    (631) 756-8300
                                    rakpc.law@gmail.com

## CERTIFICATE OF SERVICE

I, Richard A. Kraslow, hereby certify that the foregoing Answer with Cross-Claim, was

sent via ECF and electronic mail on the 24th day of October, 2024, upon the following counsel

of record:

> CHRISTOPHER A. CARDILLO, ESQ.
> BLOCK, LONGO, LaMARCA & BRZEZINSKI, P.C.
> Attorneys for Plaintiff
> 9276 Main Street, Suite 3
> Clarence, New York 14031
> (716) 317-0662
> ccardillo@blockandlongo.com
>
> GREGORY ZINI, ESQ.
> NOLAN HELLER KAUFFMAN LLP
> Attorneys for Plaintiff
> 80 State Street, 11th Floor
> Albany, New York 12207
> (716) 536-0933
> gzini@nhkllp.com

> /s/Richard A. Kraslow
> RICHARD A. KRASLOW