UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
THE UNITED STATES OF AMERICA ex rel.
INFRA-METALS CO.,

                           Plaintiff,                  24-CV-6933 (VEC)

              -against-                    <u>ORDER</u>

CORNERSTONE CONTRACTING, INC.,
INNOVATIVE SUPPORT SOLUTIONS, INC.,
FEINSTEIN IRON WORKS, INC., and JOHN
DOE,

                         Defendants.
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS on November 22, 2024, the parties appeared before the Undersigned for a conference, at which they expressed interest in participating in a settlement conference before Magistrate Judge Parker; and

      WHEREAS the parties indicated in their Proposed Case Management Plan and Scheduling Order (Dkt. 24) that they consent to conduct all proceedings before the Magistrate Judge.

      IT IS HEREBY ORDERED that if all parties consent to proceed before the Magistrate Judge, they must file on ECF a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form (available at https://www.nysd.uscourts.gov/forms/consent-proceed-us-magistrate-judge). If the Court approves that form, all further proceedings will then be conducted before the Magistrate Judge rather than before the Undersigned. The Court will enter

a separate order referring this case to the Magistrate Judge for a settlement conference, pursuant to the parties' request.

**SO ORDERED.**

Date: **November 22, 2024**
      **New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**