
```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
    THE UNITED STATES OF AMERICA ex rel.
    INFRA-METALS CO.,

                            Plaintiff,

        -against-

    CORNERSTONE CONTRACTING, INC.,
    INNOVATIVE SUPPORT SOLUTIONS, INC.,
    FEINSTEIN IRON WORKS, INC., and JOHN DOE,


                            Defendants.
-----------------------------------------------------------------X
```

**ORDER REQUESTING SETTLEMENT STATUS**

**24-CV-6933 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties are ordered to email the Court at **Parker_NYSDChambers@nysd.uscourts.gov** by **Friday, January 24, 2025**, to provide an update on the readiness of scheduling a Settlement Conference in this matter.

**SO ORDERED.**

Dated: January 3, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge