```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   01/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   THE UNITED STATES OF AMERICA ex rel.
   INFRA-METALS CO.,

                        Plaintiff,

        -against-

   CORNERSTONE CONTRACTING, INC.,
   INNOVATIVE SUPPORT SOLUTIONS, INC.,
   FEINSTEIN IRON WORKS, INC., and JOHN DOE,

                     Defendants.
-----------------------------------------------------------------X

**ORDER SCHEDULING
SETTLEMENT STATUS
CONFERENCE**

**24-CV-6933 (VEC)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

     A telephonic Settlement Status Conference in this matter will be held on **Thursday, February 6, 2025 at 4:30 p.m.**  Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference date.

     **SO ORDERED.**

Dated: January 15, 2025
      New York, New York

_____
     KATHARINE H. PARKER
     United States Magistrate Judge