# RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc.law@gmail.com

*Of Counsel*
ALAN G. KRAUT
BARRY K. HONIGMAN

May 15, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  05/15/2025
```

**VIA ECF**
Hon. Katherine H. Parker
United States Magistrate Court Judge
U.S. District, Southern District
500 Pearl Street, Room 750
New York, New York 10007

Re: *U.S. Ex. Rel Infra-Metals v. Cornerstone Contracting, Inc., et al*
Case No. 24-cv-06933

Dear Justice Parker:

This firm represents Defendant, Feinstein Iron Works, Inc., in the referenced matter. A Case Management Conference is presently scheduled for Monday, May 19, 2025. The parties recently entered into a discovery schedule, which was So Ordered by your Honor on April 9, 2025. Initial documents demands have been exchanged. In view of ongoing discovery, the parties respectfully request that the Case Management Conference be adjourned to a date following the completion of document discovery (June 30, 2025).

This application is made with the consent of Hinman, Howard & Katell, LLP, as counsel for Defendant, Cornerstone Contracting, Inc.

If the Court has any questions, or requires additional information in furtherance of this matter, please call.

Very truly yours,

RICHARD A. KRASLOW, P.C.

RICHARD A. KRASLOW

RAK:jh

cc: Paul C. Marthy, Esq.
*via ECF*

---

**APPLICATION GRANTED:** The Case Management Conference in this matter set for 5/19/2025 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Wednesday, July 23, 2025 at 2:30 p.m.

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.
05/15/2025