# RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc.law@gmail.com

*Of Counsel*
ALAN G. KRAUT
BARRY K. HONIGMAN

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2025
```

June 26, 2025

**Defendant's Letter Motion is hereby GRANTED. The Court notes that the parties must provide a reason for their request in the future.**

**VIA ECF**
Hon. Katherine H. Parker
United States Magistrate Court Judge
U.S. District, Southern District
500 Pearl Street, Room 750
New York, New York 10007

**APPLICATION GRANTED**

*/s/ Katharine H. Parker*  6/27/2025
Hon. Katharine H. Parker, U.S.M.J.

Re: *U.S. Ex. Rel Infra-Metals v. Cornerstone Contracting, Inc., et al*
Case No. 24-cv-06933

Dear Justice Parker:

This firm represents Defendant, Feinstein Iron Works, Inc., in the referenced matter. The parties respectfully request that the date for the completion of document discovery, as contained within the discovery schedule So Ordered by your Honor on April 9, 2025, be extended from June 30, 2025 to July 31, 2025.

This application is made with the consent of Hinman, Howard & Katell, LLP, as counsel for Defendant, Cornerstone Contracting, Inc.

If the Court has any questions, or requires additional information in furtherance of this matter, please call.

Very truly yours,

RICHARD A. KRASLOW, P.C.

*/s/ Richard A. Kraslow*
RICHARD A. KRASLOW

RAK:jh

cc: Paul C. Marthy, Esq.
*via ECF*