# RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW

425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc.law@gmail.com

*Of Counsel*
ALAN G. KRAUT
BARRY K. HONIGMAN

July 15, 2025

VIA ECF
Hon. Katherine H. Parker
United States Magistrate Court Judge
U.S. District, Southern District
500 Pearl Street, Room 750
New York, New York 10007

Re:   U.S. Ex. Rel Infra-Metals v. Cornerstone Contracting, Inc., et al
      Case No. 24-cv-06933

Dear Justice Parker:

This firm represents Defendant, Feinstein Iron Works, Inc., in the referenced matter. The parties had recently requested an adjournment of the Initial Case Management Conference originally scheduled for July 23, 2025. The Court granted the application and adjourned the Conference to September 10, 2025. However, I am scheduled to be out of state on that date and respectfully request that the Conference be rescheduled to either September 16, 2025 or September 22, 2025.

This application is made with the consent of Hinman, Howard & Katell, LLP, as counsel for Defendant, Cornerstone Contracting, Inc.

If the Court has any questions, or requires additional information in furtherance of this matter, please call.

Very truly yours,

RICHARD A. KRASLOW, P.C.

RICHARD A. KRASLOW

RAK:jh

cc:   Paul C. Marthy, Esq.
      *via ECF*

---

**APPLICATION GRANTED:** The Initial Case Management Conference set for Wednesday, September 10. 2025 at 2:00p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to <u>Tuesday, September 16, 2025 at 11:00 a.m.</u>

**APPLICATION GRANTED**

Hon. Katharine H. Parker, U.S.M.J.

07/15/2025