UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

    THE UNITED STATES OF AMERICA ex rel.
    INFRA-METALS CO.,

                    Plaintiff,

          -against-

    CORNERSTONE CONTRACTING, INC.,
    INNOVATIVE SUPPORT SOLUTIONS, INC.,
    FEINSTEIN IRON WORKS, INC., and JOHN DOE,

                    Defendants.

---------------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
**DOC #:**_____
**DATE FILED:** 2/27/2026

**ORDER**

**24-CV-6933 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On January 23, 2026, Defendant/Cross-Claimant Cornerstone Contracting, Inc. ("Cornerstone") filed a letter requesting: (1) that the Case Management Conference scheduled for March 17, 2026 be utilized as a pre-motion conference in connection with a discovery dispute between Cornerstone and Defendant/Cross-Claimant Feinstein Iron Works, Inc. ("Feinstein") and (2) that the Court contemplate an extension of the discovery deadline at the scheduled Case Management Conference. (ECF No. 57) Cornerstone makes this request upon the consent of Feinstein. Both requests are GRANTED. At the upcoming Case Management Conference the parties should be prepared to discuss the discovery dispute raised in Cornerstone's letter and a potential extension to the discovery deadline.

**The Clerk of Court is respectfully directed to terminate the motion pending at ECF No. 57.**

**SO ORDERED.**

Dated: February 27, 2026
      New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge