UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

THE UNITED STATES OF AMERICA ex rel.
INFRA-METALS CO.,

                                    Plaintiff,

        -against-

CORNERSTONE CONTRACTING, INC.,
INNOVATIVE SUPPORT SOLUTIONS, INC.,
FEINSTEIN IRON WORKS, INC., and JOHN DOE,


                                    Defendants.
-----------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2026

POST-CONFERENCE ORDER

24-CV-6933 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On March 17, 2026, Defendant/Cross-Claimant Cornerstone Contracting, Inc. ("Cornerstone") and Defendant/Cross-Claimant Feinstein Iron Works, Inc. ("Feinstein") appeared before the undersigned for a telephonic Case Management Conference.  As set forth on the record, Feinstein is directed to respond to Cornerstone's interrogatories by **April 17, 2026** else risk sanctions, up to and including dismissal of its cross-claim for indemnification for failure to prosecute.  *See  LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001) (citing *Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962)) (finding that a district court may dismiss a case under Federal Rule of Civil Procedure 41(b) "[f]or a failure of the [party] to prosecute or to comply with . . . any order of the court.")

Cornerstone also has represented that it is seeking two depositions in this matter. Accordingly, Cornerstone will have until **May 18, 2026** to complete its remaining depositions.

Summary judgment motions, if any, are due **June 18, 2026**.  Oppositions will be due by **July 17, 2026**.  Replies will be due on **July 31, 2026**.

A telephonic status conference in this matter is hereby scheduled for **Thursday, May 28, 2026 at 3:00 p.m.**  At the time of the conference, the parties shall call **(646) 453-4442; conference ID: 777 305 129#.**

 **SO ORDERED.**

Dated: March 18, 2026
 New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2