```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/29/2026
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

   THE UNITED STATES OF AMERICA ex rel.
   INFRA-METALS CO.,

                    Plaintiff,

      -against-

   CORNERSTONE CONTRACTING, INC.,
   INNOVATIVE SUPPORT SOLUTIONS, INC.,
   FEINSTEIN IRON WORKS, INC., and JOHN DOE,

                    Defendants.
-------------------------------------------------------------------X

**POST CASE MANAGEMENT
CONFERENCE SCHEDULING
ORDER**

**24-CV-6933 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On May 28, 2026, the parties appeared before the undersigned for a case management conference.  As set forth in further detail on the record:

The deadline for fact discovery is extended to August 1, 2026. The briefing schedule for the anticipated motions for summary judgment has been modified as follows: motions are now due **August 18, 2026**; oppositions are now due **September 18, 2026**; and replies are now due **October 2, 2026**.

The parties are directed to file a status letter by **June 29, 2026** informing the Court as to the status of upcoming and not yet scheduled depositions.

    **SO ORDERED.**

Dated: May 29, 2026
     New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2