UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

   THE UNITED STATES OF AMERICA ex rel.
   INFRA-METALS CO.,

                       Plaintiff,

       -against-

   CORNERSTONE CONTRACTING, INC.,
   INNOVATIVE SUPPORT SOLUTIONS, INC.,
   FEINSTEIN IRON WORKS, INC., and JOHN DOE,

                    Defendants.
-----------------------------------------------------------------X

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED:___6/30/2026___

**ORDER**

**24-CV-6933 (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

On June 29, 2026 Defendant/Cross-Claimant Cornerstone Contracting, Inc.

("Cornerstone") filed a letter updating the Court as to the status of discovery pursuant to the

Court's Post-Conference Order at ECF No. 65.  The Court thanks Cornerstone for the update.

The parties are directed to file another status update regarding the supplemental document

production and deposition identified in Cornerstone's letter by **July 30, 2026**.

    **SO ORDERED.**

Dated: June 30, 2026
    New York, New York

_____
  KATHARINE H. PARKER
  United States Magistrate Judge