RICHARD A. KRASLOW, P.C.
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc.law@gmail.com

*Of Counsel*
ALAN G. KRAUT
BARRY K. HONIGMAN

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/24/2026

November 24, 2026

**APPLICATION GRANTED: The Pretrial Conference set for 12/1/2026 at 11:00 AM in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is hereby rescheduled to Tuesday, February 16, 2027, at 12:00 p.m.**

**APPLICATION GRANTED**

Katharine H Parker

**Hon. Katharine H. Parker, U.S.M.J.**

**11/24/2026**

*VIA ECF*
Hon. Katherine H. Parker
United States Magistrate Court Judge
U.S. District, Southern District
500 Pearl Street, Room 750
New York, New York 10007

***Re: U.S. Ex. Rel Infra-Metals v. Cornerstone Contracting, Inc., et al***
***Case No. 24-cv-06933***

Dear Justice Parker:

This firm represents Defendant, Feinstein Iron Works, Inc., in the referenced matter, and makes reference to the Order Scheduling Pre-Trial Conference dated November 23, 2026, which schedules a Pre-Trial Conference in this matter for December 1, 2026. This firm is intending to make application by notice of motion to be relieved as counsel for Defendant, Feinstein Iron Works, Inc., and respectfully requests that the Pre-Trial Conference be adjourned pending the hearing and determination of that application. I will be traveling between December 10, 2026 and January 4, 2027, and intend to make the notice of motion returnable for the week of January 4, 2027.

This application is made with the consent of Hinman, Howard & Katell, LLP, as counsel for Defendant, Cornerstone Contracting, Inc.

Thank you for the Court's consideration. If the Court has any questions, or requires additional information in furtherance of this matter, please call.

Very truly yours,

RICHARD A. KRASLOW, P.C.

Richard A. Kraslow

RICHARD A. KRASLOW

RAK:jh

cc: Paul C. Marthy, Esq.
*via ECF*